FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUL 22 AM 11: 4

CLERK B. W___
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROGER BETTIS,

    Plaintiff,

v.

CIVIL ACTION NO.: CV613-037

CARTER McDONALD,

    Defendant.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's monetary damages claims against Defendant in his official capacity are **dismissed**. Plaintiff's request for injunctive relief is **dismissed** as moot. That portion of Plaintiff's deliberate indifference claim alleging a delay in medical treatment is also **dismissed**.

SO ORDERED, this 22 day of July, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)